1  Jonathan Solish (SBN 67609))
   Keith D. Klein (SBN 184846)
2  Brian J. Recor (SBN 229091)
   **BRYAN CAVE LLP**
3  120 Broadway, Suite 300
   Santa Monica, California 90401-2386
4  Telephone:  (310) 576-2100
   Facsimile:   (310) 576-2200
5  E-mail:      jonathan.solish@bryancave.com
                keith.klein@bryancave.com
6               brian.recor@bryancave.com

7
   Attorneys for Defendants
8  SENSA PRODUCTS LLC; GENERAL NUTRITION CORPORATION;
   GENERAL NUTRITION CENTERS, INC.
9

10                 UNITED STATES DISTRICT COURT

11          CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

12

13 | ERIKA GOMEZ, on behalf of herself and all others similarly situated, | Case No.  CV10-8206 PSG (CWx)
14 |                                                                     | Assigned to the Hon. Philip S. Gutierrez
15 | Plaintiff, vs.                                                      | **NOTICE AND STIPULATION FOR VOLUNTARY DISMISSAL**
16 | SENSA PRODUCTS, LLC, a Delaware Corporation, GENERAL NUTRITION      |
17 | CORPORATION, a Pennsylvania Corporation, GENERAL NUTRITION          | **[FRCP 41(a)(1)]**
18 | CENTERS, INC., a Delaware Corporation, and DOES 1 to 50,            |
19 | inclusive,                                                          |
20 | Defendants.                                                         |

SM808839

(Sidebar: BRYAN CAVE LLP, 120 BROADWAY, SUITE 300, SANTA MONICA, CALIFORNIA 90401-2386)

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL
2  PARTIES AND THEIR ATTORNEYS OF RECORD:

3  Plaintiff Erika Gomez ("Plaintiff") and Defendants General Nutrition Corporation, General Nutrition Centers, Inc., and Sensa Products LLC (collectively, "Defendants") hereby stipulate to dismiss this action, without prejudice, each side to bear its own fees and costs, pursuant to Federal Rule of Civil Procedure 41(a).

Dated: November 2, 2010

**BRYAN CAVE LLP**

By: _/s/ Heather Peterson for_
    Behram V. Parekh
Attorneys for Plaintiff
ERIKA GOMEZ

Dated: November 2, 2010

**BRYAN CAVE LLP**

By: /s/ Brian J. Recor
    Brian J. Recor
Attorneys for Defendants
SENSA PRODUCTS LLC; GENERAL
NUTRITION CORPORATION;
GENERAL NUTRITION CENTERS, INC.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1

NOTICE AND STIPULATION FOR
VOLUNTARY DISMISSAL